CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 12 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN BRITT, # 322244, ) | |
| Plaintiff, ) | Civil Action No. 7:05-CV-00475 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MRS. HENRY, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that defendants motion for summary judgment is **GRANTED** as to all plaintiff's § 1983 claims. This case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This 12th day of December, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge